

## COURT OF APPEALS
## EIGHTH DISTRICT OF TEXAS
## EL PASO, TEXAS

| | § | |
|---|---|---|
| DUNKAN THOMAS BOYCE, | | No. 08-13-00321-CR |
| | § | |
| Appellant, | | Appeal from |
| | § | |
| v. | | 366th District Court |
| | § | |
| THE STATE OF TEXAS, | | of Colin County, Texas |
| | § | |
| Appellee. | | (TC # 366-81420-2012) |
| | § | |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes the judgment of conviction should be modified to delete the assessment of restitution. We further modify the Bill of Costs to delete the line item for attorney's fees. Because we are without jurisdiction to address the Order to Withdraw Funds, we dismiss that part of the appeal. We therefore affirm the judgment of the trial court as reformed. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 19TH DAY OF MARCH, 2015.

ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rodriguez, and Hughes, JJ.